CO-386
10/2018

# United States District Court
# For the District of Columbia

Judicial Watch, Inc.

        vs     Plaintiff

Central Intelligence Agency

                     Defendant

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____Plaintiff Judicial Watch, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____Judicial Watch, Inc._____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                     Attorney of Record

                                                     /s/ Paul J. Orfanedes
                                                     Signature

429716                                            Paul J. Orfanedes
BAR IDENTIFICATION NO.             Print Name

                                                 425 Third Street SW, Suite 800
                                                 Address

                                                 Washington    DC         20024
                                                 City                 State          Zip Code

                                                 (202) 437-5626
                                                 Phone Number